# United States Court of Appeals
## For the First Circuit

No. 20-1124

HECTOR M. JENKINS,

Plaintiff, Appellant,

v.

HOUSING COURT DEPARTMENT, City of Boston Division,
a Section of the Trial Court of the
Commonwealth of Massachusetts,

Defendant, Appellee,

JEFFREY WINIK, First Justice of The Boston Housing Court;
MICHAEL NEVILLE, Chief Housing Specialist of the Boston Housing
Court; PAUL BURKE, Deputy Court Administrator of the
Massachusetts Housing Courts; PAULA CAREY, Chief Justice of The
Massachusetts Trial Courts; HARRY SPENCE, Court Administrator of
the Massachusetts Trial Courts; MARK CONLON, Human Resources
Director of the Massachusetts Trial Courts; EAMONN GILL, Labor
Counsel, Human Resources Department of the Massachusetts Trial
Courts; ELIZABETH DAY, Assistant Labor Counsel, HR Department of
the Massachusetts Trial Courts; ANTOINETTE RODNEY-CELESTINE,
Administrative Attorney, HR Department of Trial Courts; TIMOTHY
SULLIVAN, Chief Justice of the Massachusetts Housing Courts;
MAURA HEALEY, Attorney General,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on October 18, 2021, is
amended as follows:

On page 15, line 10, change "Jenkins" to be "Jenkins's"

On page 23, line 17, change "of" to be "its"